IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JACKIE D. RAKES,** | 09-CV-821-BR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Court's Opinion and Order (# 20 ) issued January 3, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 3rd day of January, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT